FILED

NOV 02 2015

PENOBSCOT JUDICIAL CENTER
PENOBSCOT COUNTY SUPERIOR COURT
BANGOR DISTRICT COURT

AP-2015-14

## COMPLAINT

1. Plaintiff applied for housing with defendants around April 2014, he had applied for disabled housing as he suffers mental and medical complications. With the application that the plaintiff filed he enclosed a copy of his entire criminal record to prevent any risk of the defendants trying to say the plaintiff was withholding such information as that was not the situation.

2. Plaintiff was notified that his pre-application form had been approved and he had been placed on the list for housing, so when plaintiff's name came up he would be notified of the opening.

3. On July 29, 2015 plaintiff was notified by mail in which the letter stated that the plaintiffs' application for housing was denied due to his criminal record. Plaintiff replied with an appeal on the date that he received the said letter; plaintiff had waited on a decision on his appeal in which never took place.

4. Plaintiff wrote a letter shortly after in which he received a letter from Heidi Libby (leasing Specialist) that stated that the plaintiff did not appeal their denial, therefore, they removed me from the waiting list and I will have to reapply.

5. Due to their actions in which will deprive me of housing once I get released from Maine Correctional Center, therefore, putting me at risk of harm due to not having a place to live. That will cause further damages due to not being able to have the finances to see my Huntington's disease specialist at the Massachusetts General Hospital for treatments and keep me from being able to properly care of myself to manage the Huntington's disease.

6. Defendant's denial of proper appeal process has caused the plaintiff to be removed from the waiting list, therefore, requiring plaintiff to reapply in which will to take about 18 months to get into housing. As the defendants have violated the plaintiffs Rights as Protected by the United States Constitution and State Laws in which kept him from housing already gives reason to believe that it will be the same problem if plaintiff does reapply.

## RELIEF REQUESTED

Plaintiff hereby requests that this Honorable Court grant him housing due to the intentional unconstitutional actions of the defendants.

*[signature]*

Frank Inman