UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil No. 1:15-cv-512-JAW |
| | ) |
| BANGOR HOUSING AUTHORITY, | ) |
| | ) |
|     Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed July 29, 2016 the Recommended Decision is affirmed.

Accordingly, it is ORDERED that Defendant's Motion for Summary Judgment is GRANTED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2016.