UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:15-cv-00512-JAW |
| | ) |
| BANGOR HOUSING AUTHORITY, | ) |
| | ) |
| Defendant, | ) |

## JUDGMENT

Pursuant to the Order Affirming the Recommended Decision of the Magistrate Judge dated July 29, 2016, the defendant's Motion for Summary Judgment is granted.

JUDGMENT is hereby entered for defendant Bangor Housing Authority as against the plaintiff Frank Inman.

CHRISTA K. BERRY
CLERK

By:   /s/Susan Way
       Deputy Clerk

Dated: August 26, 2016